**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SAMUEL MAXWELL, an individual,<br><br>            Plaintiff,<br><br>     v.<br><br>UNION FIDELITY MORTGAGE, INC.,<br>ERIN REILLY, RANDOLPH MARTIN;<br>MORTGAGEIT, INC., and DOES 1-20,<br>inclusive,<br><br>            Defendants. | 1:08-cv-1329 OWW SMS<br><br>ORDER AFTER SCHEDULING<br>CONFERENCE<br><br>Further Scheduling<br>Conference Date:  5/15/09<br>8:15 Ctrm. 3 |

I.   Date of Scheduling Conference.

     February 25, 2009.

II.  Appearances Of Counsel.

     The Reich Law Firm by Shane Reich, Esq., appeared on behalf of Plaintiff.

     Dowling, Aaron & Keeler by Keith White, Esq., appeared on behalf of Defendant Erin Reilly.

     Reed Smith LLP by Karen A. Braje, Esq., appeared on behalf of Defendant MortgageIT, Inc.

III. Further Scheduling Conference.

     1.   This Scheduling Conference is being continued, so that

1

1  Defendant, Randolph Martin, may participate.  The Further
2  Scheduling Conference will be held on May 15, 2009, at 8:15 a.m.
3  in Courtroom 3 before the Honorable Oliver W. Wanger.  The out-
4  of-town parties may appear telephonically.

IT IS SO ORDERED.

Dated:   February 25, 2009              /s/ Oliver W. Wanger
                                     UNITED STATES DISTRICT JUDGE

2