Jeff Reich—067250
Shane Reich—222948
**THE REICH LAW FIRM**
8441 N. MILLBROOK, SUITE 104
FRESNO, CA 93720
—
559-440-1191
Fax: (559) 432-9092

Attorneys For Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Samuel Maxwell,<br><br>        Plaintiff,<br><br>    v.<br><br>Union Fidelity Mortgage, Inc.,<br>Erin Reilly, Randolph Martin, Mortgageit, Inc.,<br>and Does 1 to 20 inclusive,<br><br>        Defendants. | Case No: 1:08-CV-01329-OWW-SMS<br><br>STIPULAITON AND ORDER DISMISSING DEFENDANT ERIN REILLY<br><br>[Assigned to the Honorable Judge Oliver W. Wanger] |

**STIPULATION**

Plaintiff Samuel Maxwell and defendant Erin Reilly ("Defendant Reilly"), by and through their respective counsel, hereby stipulate and agree as follows:

Whereas Plaintiff and Defendant Reilly have entered into a settlement;

IT IS HEREBY STIPULATED AND AGREED that:

Plaintiff hereby voluntarily dismisses his claims against Defendant Reilly with prejudice.

AGREED TO BY:

Dated: April 2, 2010.                               THE REICH LAW FIRM


                                                    By: /s/_Shane Reich_____
                                                        Shane Reich
                                                        Attorneys for Plaintiff


Dated: April 7, 2010.                               DOWLING, AARON & KEELER


                                                    By: /s/_Keith White_____
                                                        Keith White, Attorney for
                                                        Defendant Erin Reilly

IT IS SO ORDERED.

   Dated:  **May 11, 2010**                  _____**/s/ Oliver W. Wanger**_____
                                                    UNITED STATES DISTRICT JUDGE

**The Reich Law Firm**
8441 N. Millbrook, #104
Fresno, CA 93720
559-440-1191