1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

9

## EASTERN DISTRICT OF CALIFORNIA

10

11

SAMUEL MAXWELL,

CASE NO.   1:08-cv-01329

12

Plaintiff,

**ORDER GRANTING MORTGAGEIT,
INC.'S REQUEST FOR WAIVER OF
ATTENDANCE AT SETTLEMENT
CONFERENCE**

13

v.

14

UNION FIDELITY MORTGAGE, INC., ERIN
REILLY,   RANDOLPH   MARTIN,
MORTGAGEIT, INC., and DOES 1 to 20,
inclusive,

15

16

17

Defendants.

18

_____/

19         On May 12, 2010, Defendant MortgageIT, Inc. (MortgageIT) filed a request asking the

20   Court to waive its attendance and that of its counsel from the settlement conference scheduled on

21   May 25, 2010, at 10:30 a.m. in Courtroom 8.  In support of this request, MortgageIT states that

22   Plaintiff Samuel Maxwell and MortgageIT have fully settled the claims asserted against

23   MorgageIT in this matter, and have executed a settlement agreement to that effect.  A Motion for

24   Determination of Good Faith Settlement is currently pending before District Judge Oliver W.

25   Wanger, and is scheduled to be heard on May 24, 2010.

26         In light of the pending Motion for Good Faith Settlement, MortgageIT and its counsel of

27   record are **conditionally** excused from attending the May 25, 2010, settlement conference.  The

28   Court's order is conditioned upon the District Judge Oliver W. Wanger's determination of a good

1

1    faith settlement.

2         MortgageIT is also excused from providing the Court with a settlement conference report.

3    If a determination of a good faith settlement is not obtained, MortgageIT shall promptly contact

4    the Court.

5

6    IT IS SO ORDERED.

7    **Dated:    May 15, 2010**                    _____/s/ Sheila K. Oberto_____
                                          UNITED STATES MAGISTRATE JUDGE
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28