Lorenzo E. Gasparetti (SBN 135976)
Email: lgasparetti@reedsmith.com
Karen A. Braje (SBN 193900)
Email: kbraje@reedsmith.com
Kristine H. Chen (SBN 239925)
Email: kchen@reedsmith.com
**REED SMITH, LLP**
101 Second Street, Suite 1800
San Francisco, CA  94105-3659

Telephone:  +1 415 543 8700
Facsimile:  +1 415 391 8269

Attorneys for Defendant
MortgageIT, Inc.

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| SAMUEL MAXWELL,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>UNION FIDELITY MORTGAGE, INC., ERIN REILLY, RANDOLPH MARTIN, MORTGAGEIT, INC., and Does 1 to 20, inclusive,<br><br>　　　　　Defendants. | Case No: 1:08-cv-1329<br><br>**ORDER FINDING GOOD FAITH SETTLEMENT AND BARRING FURTHER CLAIMS FOR INDEMNITY OR CONTRIBUTION AS AGAINST DEFENDANT MORTGAGEIT, INC.** |

On May 24, 2010, at 10:00 a.m., in Courtroom 3 of this Court, defendant MortgageIT, Inc.'s ("MortgageIT") Motion for Determination of Good Faith Settlement came on for regularly scheduled hearing.  Upon consideration of the pleadings, the papers, the arguments of counsel, and with good cause appearing,

IT IS HEREBY ORDERED that,

MortgageIT's Motion for Determination of Good Faith Settlement with Plaintiff Samuel Maxwell ("Plaintiff") is GRANTED.

IT IS FURTHER ORDERED that:

1. The settlement as between MortgageIT and Plaintiff is a good faith settlement within the definition of California Code of Civil Procedure Sections 875 *et seq.*;

2. The claims as asserted by Plaintiff against MortgageIT are dismissed with prejudice;

3. Any and all future claims in this action by any of the other defendants as against MortgageIT, its affiliates, subsidiaries, successors in interest, agents, or related party thereof, for implied indemnity, contribution or apportionment of fault, based on comparative negligence or fault, are barred; and,

/ / /

/ / /

/ / /

4. Any apportionment of damages among non-settling defendants is limited to the non-settling defendants proportionate share of liability to be determined at trial. *See Franklin v. Kaypro Corp.*, 884 F.2d 1222 (1989).

IT IS SO ORDERED.

Dated: __**June 7, 2010**__         _____**/s/ Oliver W. Wanger**_____
                                                    UNITED STATES DISTRICT JUDGE