Jeff Reich—067250
Shane Reich—222948
**THE REICH LAW FIRM**
8441 N. MILLBROOK, SUITE 104
FRESNO, CA 93720
—
559-440-1191
Fax: (559) 432-9092

Attorneys For Plaintiff

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Samuel Maxwell,<br><br>    Plaintiff,<br><br>    v.<br><br>Union Fidelity Mortgage, Inc.,<br>Erin Reilly, Randolph Martin, Mortgageit, Inc.,<br>and Does 1 to 20 inclusive,<br><br>    Defendants. | Case No: 1:08-cv-01329-OWW-SKO<br><br>Request for Dismissal and Order Dismissing Action |

As the remaining parties to the action have now fully complied with the settlement which was reached on May 25, 2010 as stated on the record, Plaintiff Samuel Maxwell hereby requests the dismissal of this entire action with prejudice.

Dated: November 1, 2010.                        THE REICH LAW FIRM

                                                By: /s/ Shane Reich_____
                                                    Shane Reich, Attorneys for Plaintiff

IT IS SO ORDERED.

    Dated:   **November 2, 2010**                    **/s/ Oliver W. Wanger**
                                                UNITED STATES DISTRICT JUDGE